An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MICHAEL FOSTER,
Appellant,
vs.
COUNTRY CASUALTY INSURANCE
COMPANY, AN INSURANCE
CORPORATION,
Respondent.

No. 63236

**FILED**

JUL 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant seeks to challenge a district court order denying a motion for reconsideration of dismissal of a cross-claim. As no statute or court rule authorizes an appeal from the challenged order, it is not substantively appealable. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken); *see also Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Once a final judgment has been entered in the district court, appellant may appeal from that judgment. Therefore, as we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]Additionally, appellant failed to file his civil proper person appeal statement. Failure to file it constitutes an independent basis for dismissal.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21735

cc:    Hon. James Todd Russell, District Judge
       John Michael Foster
       Ranalli & Zaniel, LLC/Reno
       Carson City Clerk